Save As    Clear Form

## APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 25-1671

Short Caption: Roxanne Schlender v Charles Seelow et al

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information.  The text of the statement must also be included in the front of the table of contents of the party's main brief.  **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]   **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)   The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate  disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
 Roxanne Marie Schlender

(2)   The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
 Gutglass, Erickson, Larson & Schneider SC, Attorney Lauren L. Wick (WI SBN 1097578). Attorney Paul R. Erickson

 (WI SBN 1003920) appeared in district court but is not personally appearing in this appeal

(3)   If the party, amicus or intervenor is a corporation:

   i)      Identify all its parent corporations, if any; and

      Not Applicable

   ii)      list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

      Not Applicable

(4)   Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

   Not Applicable

(5)   Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

   Not Applicable

Attorney's Signature: /s Lauren L. Wick          Date: January 14, 2026

Attorney's Printed Name:  Lauren L. Wick

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes [✓]   No [ ]

Address:  735 N Water Street Suite 1400 Milwaukee, WI 53202

Phone Number:  414-273-1144          Fax Number:  414-273-3821

E-Mail Address: lauren.wick@gebsc.com

rev. 12/19 AK